**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia (Richmond)**

IN RE:                                                                 Case No.:    11-35693
Debtors: Noah Mitchell, Jr.                                            Loan Number (Last 4):    4949

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nationstar Mortgage, LLC | The Bank of New York Mellon, etc. |
|---|---|
|  | c/o Bank of America, N.A. |
| Name of Transferee | Name of Transferor |
| 350 Highland Drive | Court Claim # (if known): 10 |
| Lewisville, TX 75067 | Amount of Claim:    $64,982.23 |
|  | Date Claim Filed:    10/17/2011 |
| Phone:   877-782-7612 | Last Four Digits of Acct #:   8201 |
| Last Four Digits of Acct #:   4949 |  |

Name and Address where transferee payments should be sent (if different from above):

350 Highland Drive
Lewisville, TX 75067

Phone:   877-782-7612

Last Four Digits of Acct #:   4949

Transfer Effective: July 01, 2013

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Diana Duarte                                                     Date:   08/06/2013
       Authorized Filing Agent
       (Approved by: Megan Koza)

Specific Contact Information:
P: 877-782-7612
Megan.Koza@nationstarmail.com

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

440634-1c6968c6-ed6a-431c-b889-7e251d03f27e